IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GEORGE ARNDT,

                                                     ORDER

            Plaintiff,

                                                  09-cv-663-bbc

    v.

Captain WILLIAM PARKER, employee of
the Sand Ridge Secure Treatment Center,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This is a civil case for monetary damages in which plaintiff George Arndt, a patient at the Sand Ridge Secure Treatment Center in Mauston, Wisconsin, alleges that defendant Captain William Parker, an employee at the Sand Ridge Secure Treatment Center, violated plaintiff's constitutional rights as well as his rights under the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12134. On December 14, 2009, I entered an order dismissing plaintiff's complaint because it violated Fed. R. Civ. P. 8. In the same order, I gave plaintiff until December 29, 2009, in which to submit a proposed amended complaint that conforms to Rule 8. However, on December 23, 2009, plaintiff informed the court that he wishes to voluntarily withdraw his lawsuit. I understand plaintiff to be saying that he does not intend

1

to file an amended complaint or to continue with this lawsuit. Therefore, this case will be closed.

ORDER

IT IS ORDERED that, pursuant to plaintiff's response to the court's December 14, 2009 order, dkt. # 8, this case is closed.

Entered this 9th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge