IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE ARNDT,

    Plaintiff,

v.

Captain WILLIAM PARKER, employee of
the Sand Ridge Secure Treatment Center,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-663-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case without prejudice for failure to prosecute.

_____      2/12/10
Peter Oppeneer, Clerk of Court           Date